No. 818. HAWAIIAN OKE & LIQUORS, LTD. *v.* JOSEPH E. SEAGRAM & SONS, INC., ET AL. C. A. 9th Cir. Certiorari denied. MR. JUSTICE BLACK, MR. JUSTICE DOUGLAS, and MR. JUSTICE WHITE are of the opinion that certiorari should be granted. *Joseph L. Alioto* and *Peter J. Donnici* for petitioner. *J. Garner Anthony* for Joseph E. Seagram & Sons, Inc., et al., *Herbert Y. C. Choy* for Barton Distilling Co. et al., and *Livingston Jenks* for McKesson & Robbins, Inc., respondents. ▆▆▆▆▆▆

No. 846. WESTON ET AL. *v.* UNITED STATES. C. A. 4th Cir. Motion to dispense with printing petition granted. Certiorari denied. *James P. Jones, Robert T. Winston,* and *James C. Roberson* for petitioners. ▆▆

No. 918. PROVIDENCE & WORCESTER CO., FORMERLY PROVIDENCE & WORCESTER RAILROAD CO. *v.* SMITH, TRUSTEE. C. A. 2d Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Harold I. Meyerson* for petitioner. *Solicitor General Griswold, Assistant Attorney General McLaren, Deputy Solicitor General Springer, Howard E. Shapiro, George Edelstein, Robert E. Ginnane,* and *Leonard S. Goodman* filed a memorandum for the United States et al.

No. 1121, October Term, 1967. PETO *v.* MADISON SQUARE GARDEN CORP. ET AL., 390 U. S. 989, 1046. Motion for leave to file second petition for rehearing denied. THE CHIEF JUSTICE took no part in the consideration or decision of this motion.